MIE 1  
Revised 09/18

Order of the Court to Continue Supervision

# UNITED STATES DISTRICT COURT
for the  
Eastern District of Michigan

UNITED STATES OF AMERICA

   v.

OLIVER, Dawon                   Crim. No.:  16-CR-20395-01

On 06/21/2023 the Court authorized the issuance of a supervised release warrant based upon a violation petition citing violation) of supervision.  The issues of the violations were heard in Court on 08/28/2023, and the Court made the following finding(s):

OLIVER admitted to violations one, two, and three. It was recommended that his supervision be continued, and the following special condition be added:

Special Condition: "THE OFFENDER SHALL BE PLACED AT THE SALVATION ARMY ADULT REHABILITATION CENTER LOCATED IN DETROIT, MI FOR A MINIMUM OF 26 WEEKS FOR UP TO ONE YEAR. HE SHALL ABIDE BY THE RULES AND REGULATIONS OF THE PROGRAM."

Therefore, the probation department recommends that the Court dispose of the violation matter and continue supervision.

                   Respectfully submitted,

                   s\Warren L. Henson  
                   UNITED STATES PROBATION OFFICER

## ORDER OF THE COURT

Pursuant to the above, it is ordered that the pending violation matter be resolved and supervision in this case be continued.  All conditions imposed at the time of sentencing, along with any subsequent modifications to those conditions, remain in effect.

Dated this 28 Day of August, 2023.

                   /S/Terrence G. Berg  
                   Terrence G. Berg  
                   United States District Judge